IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IKENGA SMITH,

   Plaintiff,

    v.

STARBAND COMMUNICATIONS, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-3686-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 31]. After careful consideration of the Plaintiff's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Magistrate Judge applied the correct legal standard, and properly concluded that the Defendant's legitimate nondiscriminatory reasons for not promoting the Plaintiff were not a pretext for racial discrimination. The Defendant's Motion for Summary Judgment [Doc. 31] is GRANTED.

SO ORDERED, this 7 day of March, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge